IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DANNY LEE WARNER, JR., <br><br> Plaintiff, <br><br> vs. <br><br> TERRI STEFALO, LYNN GUYER, JIM SALMONSON, REGINA DEES-SHEFFIELD, SUSAN TRUEAX, PATRICK MCTIGHE, CYNTHIA WOLKEN, CHIEF HENSON, JOHN/JANE DOE 1-5, <br><br> Defendants. | CV-19-00003-GF-BMM-JTJ <br><br> ORDER |

Pending is Department of Corrections Defendants Stefalo, Guyer, Salmonsen, Dees-Sheffield, Trueax, and Wolken (hereinafter DOC Defendants)'s Unopposed Motion to Dismiss DOC Defendants with Prejudice Pursuant to Stipulation for Dismissal with Prejudice. (Doc. 102.) Plaintiff Danny Warner, a prisoner proceeding without counsel, signed the Stipulation of Dismissal (Doc. 101) and the DOC Defendants represent that the CoreCivic Defendants do not object to the voluntary dismissal of the DOC Defendants. (Doc. 102 at 3.)

ACCORDINGLY, IT IS HEREBY ORDERED:

1. DOC Defendants' Unopposed Motion to Dismiss DOC Defendants with Prejudice pursuant to Stipulation for Dismissal with Prejudice (Doc. 102) is GRANTED.

1

2. DOC Defendants Stefalo, Guyer, Salmonsen, Dees-Sheffield, Trueax, and Wolken are hereby DISMISSED WITH PREJUDICE.

3. Any remaining deadlines related to the DOC Defendants are hereby VACATED.

4. The Clerk of Court shall TERMINATE the DOC Defendants' Motion for Summary Judgment (Doc. 76) and Mr. Warner's Motion to Strike the Affidavits of Billie Reich and DJ Godfrey filed in support of the DOC Defendants' Motion for Summary Judgment (Doc. 92).

DATED this 25th day of August, 2020.

_____
Brian Morris, Chief District Judge
United States District Court